UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMI J. AMISON,

                     Plaintiff,

       -against-

FOX NEWS CHANNEL,

                     Defendant.

20-CV-4924 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued August 4, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 4, 2020
            New York, New York

                                                                              *Louis L. Stanton*
                                                                     Louis L. Stanton
                                                                        U.S.D.J.